

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2025

No. 04-25-00668-CV

Quentin **DE LA GARZA**,
Appellant

v.

**ECKERT 1G LLC** d/b/a Eckert Heights,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2025-CV-05930
Honorable David J. Rodriguez, Judge Presiding

**ORDER**

Sitting:    Lori I. Valenzuela, Justice
Lori Massey Brissette, Justice
Adrian A. Spears II, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. No costs are assessed against appellant because he qualifies as indigent.

It is so **ORDERED** on November 26, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2025.

_____
Caitlin A. McCamish, Clerk of Court